<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Dreamchasers, LLC,     :

     Appellant  :

          :

    v.      :

          :

Equity Trust Company Custodian :   No. 343 C.D. 2021

FBO Ajay Singhal IRA,   :   No. 344 C.D. 2021

City of Philadelphia and   :

1Derworks, LLP     :   **CASES CONSOLIDATED**

**<u>PER CURIAM</u>**     **O R D E R**

   NOW, August 6, 2024, having considered Appellant's application for reargument, the application is DENIED.